1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CLIFFORD ALLAN VENSON,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**M. S. EVANS, et al.,**<br><br>                                    Defendants. | Case No. C 05-4136 PJH<br><br>**[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF CLIFFORD VENSON, CDCR No. D92349**<br><br>Settlement<br>Conference Date:  March 11, 2009<br>Time:                       9:00 a.m.<br>Location:           California State<br>                            Prison - Solano<br>Magistrate Judge: The Honorable<br>                            Nandor Vadas |

TO THE WARDEN OF CORCORAN STATE PRISON OR THE CUSTODIAN OF INMATE PAUL SHIELDS:

Inmate **Clifford Venson, CDCR No. D92349**, is confined at Corcoran State Prison, 4001 King Avenue, Corcoran, California, 93212.  Inmate Venson has a scheduled settlement conference before Magistrate Judge Nandor Vadas on March 11, 2009, 9:00 a.m., at the California State Prison (Solano) in Vacaville, California.  To secure his attendance at this conference, the Court orders you to produce inmate Venson to the California State Prison (Solano) in Vacaville.  Upon completion of the court proceeding, you are to return inmate Venson to the prison.

[[Proposed] Order & Writ of Habeas Corpus Ad Testific. Transport
Pl. Clifford Venson, CDCR No. D92349

*Venson v. Evans, et al.*
Case No. C 05-4136 PJH

1

1     The Court further orders you to notify the Court of any change in custody of this inmate and

2 to provide the new custodian with a copy of this writ.

3     IT IS SO ORDERED.

5 Dated: March 2, 2009

*IT IS SO ORDERED*
*Judge Nandor J. Vadas*

_____
The Honorable Nandor Vadas
United States Magistrate Judge

[[Proposed] Order & Writ of Habeas Corpus Ad Testific. Transport      *Venson v. Evans, et al.*
Pl. Clifford Venson, CDCR No. D92349      Case No. C 05-4136 PJH

2