IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ALLAN VENSON,<br><br>    Plaintiff,<br><br>        v<br><br>M.S. EVANS, et al.,<br><br>    Defendants. | Case No C 05-4136 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on March 12, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Erin Sullivan

☒ Other: California Department of Corrections and Rehabilitation

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  (3)   The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10

11  Date:  3/25/09                                              _____
                                                                Nandor J Vadas
                                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Venson | No. C 05-4136 |
| v. | CERTIFICATE OF SERVICE |
| M.S. Evans _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Clifford Allan Venson**
D92349
Corcoran State Prison
D5-240
P.O. Box 5242
Corcoran, CA 93212

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3