UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CLIFFORD ALLAN VENSON,

    Plaintiff,

v.

M. S. EVANS, Warden, et al.,

    Defendants.

_____/

No. C 05-4136 PJH (PR)

**ORDER DESIGNATING COUNSEL**

This is a civil rights case filed pro se by a prisoner. On January 23, 2013, the court asked the Federal Pro Bono Project to locate pro bono counsel. The Project has located volunteer counsel willing to be appointed to represent plaintiff. Eric MacMichael, Andrew Levine and Michelle Ybarra of Keker & Van Nest LLP, are appointed as counsel for plaintiff for all purposes pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

**IT IS SO ORDERED.**

Dated: April 15, 2013.

                        PHYLLIS J. HAMILTON
                        United States District Judge

G:\PRO-SE\PJH\CR.05\Venson4136.name counsel.wpd