KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
State Bar No. 201041
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5500
 Facsimile:  (415) 703-5843
 E-mail: Kyle.Lewis@doj.ca.gov

*Attorneys for Defendant*
*T. Wittmann*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CLIFFORD ALLAN VENSON**,<br><br>          Plaintiff,<br><br>  v.<br><br>**M. S. EVANS, et al.**,<br><br>          Defendants. | Case No. C 05-4136 PJH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br> AND ORDER |

  Plaintiff Clifford Allan Venson and Defendant T. Wittmann have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 05-4136 PJH)

1  Each party shall bear its own litigation costs and attorney's fees.

2  It is so stipulated.

4  Dated: December 30, 2013        */s/ Andrew Levine*
   Eric H. MacMichael
   Andrew Levine
   Michelle Ybarra
   KEKER & VAN NEST, LLP
   *Attorneys for Plaintiff Clifford Allan Venson*

10 Dated: December 30, 2013        */s/ Kyle A. Lewis*
   Kyle A. Lewis[1]
   Deputy Attorney General
   Office of the Attorney General, State of California
   *Attorney for Defendant T. Wittmann*

16 In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

19 Dated: 1/2/14

   The Honorable Phyllis J. Hamilton
   UNITED STATES DISTRICT COURT

SF2008401668
40839261.doc

---

[1] Defendant's counsel attests that Plaintiff's counsel concurs in the filing of this stipulation and gave permission to file it with his electronic signature. (Civil L.R. 5-1(i)(3).)

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 05-4136 PJH)

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | C. A. Venson v. M. S. Evans, et al. | No. | C 05-4136 PJH |

I hereby certify that on <u>December 30, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 30, 2013</u>, at San Francisco, California.

| D. Criswell | *s/ D. Criswell* |
|---|---|
| Declarant | Signature |

40851763.doc